SEALED

McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 22, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL UZIEWE,<br><br>    Defendant. | CASE NO. 2:20-cr-0196 KJM<br><br>18 U.S.C. § 1344(2) – Bank Fraud; and 18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture |

INDICTMENT

The Grand Jury charges:

MICHAEL UZIEWE,

defendant herein, as follows:

INTRODUCTION

At all relevant times,

1.  The defendant, MICHAEL UZIEWE, resided in Grayson, Georgia, and owned a purported business named God's Word Christian Book Store. On or about March 24, 2020, UZIEWE opened an account at Ameris Bank in the name of God's Word Christian Book Store ("God's Word Account").

2.  Victim 1 owned a classic car dealership located in Irvine, California. In or about March

1  2020, Victim 1 began communicating with the purported seller of two transmissions. At the purported seller's direction, from on or about April 7, 2020, through on or about April 23, 2020, Victim 1 sent over $13,000 to the God's Word Account to purchase the transmissions, which he never received ("Victim 1 Funds").

3. Victim 2 owned a nail salon located in Jersey City, New Jersey. In or about February 2020, Victim 2 met an individual online who claimed he worked for the United Nations as a surgeon in Yemen. At the purported surgeon's direction, from on or about April 23, 2020, through on or about April 27, 2020, Victim 2 sent over $100,000 to the God's Word Account to pay for costs associated with the surgeon traveling to the United States ("Victim 2 Funds").

4. Ameris Bank was a financial institution within the meaning of Title 18, United States Code, Section 20, whose deposits were insured by the Federal Deposit Insurance Corporation.

## CHARGE

5. From on or about April 25, 2020, through on or about June 29, 2020, in the State and Eastern District of California, and elsewhere, defendant MICHAEL UZIEWE attempted to execute a material scheme to obtain the monies, funds, credits, assets, securities, and other property owned by and under the custody and control of a federally insured financial institution, by means of materially false and fraudulent pretenses, representations, and promises, that is, to obtain the Victim 1 Funds and the Victim 2 Funds that had been deposited in the God's Word Account, MICHAEL UZIEWE falsely represented the funds were proceeds from book sales, when in truth and in fact, MICHAEL UZIEWE knew the funds were not proceeds from book sales, in violation of Title 18, United States Code, Sections 2 and 1344(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 982(a)(2)(A)– Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant MICHAEL UZIEWE shall forfeit to the United States, pursuant to Title 18, United States Code Section 982(a)(2)(A), any property constituting or derived from proceeds obtained directly or indirectly, as a result of said violation, including but not limited to the following:

   a. A sum of money equal to the amount of proceeds obtained directly or indirectly,

1 as a result of such offense, for which the defendant is convicted.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been comingled with other property which cannot be divided without difficulty;

it is the intent of the United States, under Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

_McGregor W. Scott signature_
McGREGOR W. SCOTT
United States Attorney

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

MICHAEL UZIEWE,

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1344(2) – Bank Fraud; and
18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ 22nd _ _ _ *day*

*of* _ October _ _ _ _ _ _ _ _ _, *A.D. 20* 20 _ _ _

_ _ _ _ _ _ _ _ /s/ N. Cannarozzi _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* NO BAIL BENCH WARRANT TO ISSUE.

_ _ _ _ _ _ _ _ _ _ /s/ Jeremy Peterson _ _ _ _ _ _ _ _
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:20-cr-0196 KJM

## United States v. Michael Uziewe
## Penalties for Indictment

**COUNT ONE:**

VIOLATION: 18 U.S.C. § 1344(2) – Bank Fraud

PENALTIES: Maximum of 30 years' imprisonment, a fine up to $1,000,000, or both fine and imprisonment, and supervised release up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture

PENALTIES: As stated in the charging document