```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: James Wesley Bryant (mallory_piper@fd.org, wes_bryant@fd.org),
Theodore S. Hertzberg (caseview.ecf@usdoj.gov, gaylene.berberick@usdoj.gov,
regina.nesmith@usdoj.gov, theodore.hertzberg@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Magistrate Judge Alan J. Baverman
(ganddb_efile_ajb@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11324566@gand.uscourts.gov
Subject:Activity in Case 1:20-mj-00969-AJB USA v. Uziewe Transmittal of Rule 5(c)(3)
Documents
Content−Type: text/html
```

**FILED**
Nov 09, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CAED Case No. 2:20-cr-0196 KJM

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered on 11/9/2020 at 3:23 PM EST and filed on 11/9/2020

| | |
|---|---|
| **Case Name:** | USA v. Uziewe |
| **Case Number:** | 1:20−mj−00969−AJB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Transmittal of Rule 5(c)(3) Documents as to Michael Uziewe, sent to USDC ED CA via InterDistrict Transfer email, with certified copy of Commitment Order and docket sheet. (tcc)**

**1:20−mj−00969−AJB−1 Notice has been electronically mailed to:**

James Wesley Bryant &nbsp &nbsp wes_bryant@fd.org, mallory_piper@fd.org

Theodore S. Hertzberg &nbsp &nbsp theodore.hertzberg@usdoj.gov, CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, regina.nesmith@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:20−mj−00969−AJB−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Theodore S. Hertzberg (caseview.ecf@usdoj.gov,
gaylene.berberick@usdoj.gov, regina.nesmith@usdoj.gov, theodore.hertzberg@usdoj.gov,
usagan.motionsresponses@usdoj.gov), James Wesley Bryant (mallory_piper@fd.org,
wes_bryant@fd.org), Magistrate Judge Alan J. Baverman (ganddb_efile_ajb@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11324025@gand.uscourts.gov
Subject:Activity in Case 1:20-mj-00969-AJB USA v. Uziewe Arrest - Rule 40
```
Content−Type: text/html

# U.S. District Court

# Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 11/9/2020 at 2:18 PM EST and filed on 11/9/2020

| | |
|---|---|
| **Case Name:** | USA v. Uziewe |
| **Case Number:** | 1:20−mj−00969−AJB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 40) of Michael Uziewe. (tcc)**

**1:20−mj−00969−AJB−1 Notice has been electronically mailed to:**

James Wesley Bryant &nbsp &nbsp wes_bryant@fd.org, mallory_piper@fd.org

Theodore S. Hertzberg &nbsp &nbsp theodore.hertzberg@usdoj.gov, CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, regina.nesmith@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:20−mj−00969−AJB−1 Notice has been delivered by other means to:**

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 09 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL UZIEWE

    Defendant.

CASE NO.

1:20-MJ-969-AJB

## ORDER APPOINTING COUNSEL

### JAMES WESLEY BRYANT

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 9th day November, 2020.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

ORIGINAL

| MAGISTRATE'S CRIMINAL MINUTES REMOVALS (Rule 5 & 5.1) | | | | | FILED IN OPEN COURT | | | |
|---|---|---|---|---|---|---|---|---|
| | | | TIME IN COURT: | | | HRS. | 27 | MINS. |
| FILED IN OPEN COURT | DATE: | 11/9/2020 | TIME: | 12:23 pm | TAPE: | FTR Gold | | |

MAGISTRATE (PRESIDING): ALAN J. BAVERMAN     DEPUTY CLERK: Lisa Enix

| CASE NO: | 1:20-MJ-969-AJB | DEFENDANT'S NAME: | MICHAEL UZIEWE |
|---|---|---|---|
| AUSA: | TEDDY HERTZBERG | DEFENDANT'S ATTORNEY: | JAMES W. BRYANT |
| USPO/PTR: | Anthony Parker | TYPE OF COUNSEL: FDP | |
| | ARREST DATE: | | |
| X | Initial Appearance Hearing Held | X | Defendant informed of rights |
| X | Government Notified of the Due Process Protection Act. Order to follow | | |
| | Interpreter Sworn: | | |

## COUNSEL

| X | ORDER appointing The Federal Defender Program | | IA Only |
|---|---|---|---|
| | ORDER appointing | | as counsel for defendant |
| | ORDER defendant to pay attorney's fees as follows: | | |

## IDENTITY/PRELIMINARY HEARING

| X | Defendant WAIVES identity hearing. | | X | WAIVER FILED |
|---|---|---|---|---|
| | Identity hearing held | Def. is named def. in indictment/complaint; held for removal to other district | | |
| | Defendant WAIVES preliminary hearing | | | WAIVER FILED |
| | Preliminary hearing held. | Probable cause found; def. held to District Court for removal to other district. | | |
| | Removal hearing set | | @ | |
| X | Commitment to Another District Filed. | | | |

## BOND/DETENTION PROCEEDINGS

| X | Government Motion for DETENTION Filed | Detention hearing set | |
|---|---|---|---|
| X | Detention Hearing Held | | Detention Hearing Waived |
| | Bond Hearing Held | Bond Set at | $ |
| | Non-Surety | Surety ( ) Cash ( ) Property ( ) Corporate Surety | |
| | Special Conditions: | | |
| | BOND FILED: Defendant RELEASED | | |
| | Bond NOT EXECUTED. Defendant to remain in Marshal's custody. | | |
| X | Detention Order. Witten Order to follow. | | |

5

# UNITED STATES DISTRICT COURT

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

NORTHERN DISTRICT OF GEORGIA

NOV 0 9 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

**MICHAEL UZIEWE**
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:20-MJ-969-AJB

CHARGING DISTRICTS
CASE NUMBER: 2:20-cr-196-KJM

I understand that charges are pending in Eastern District of California alleging the defendant, Bank Fraud in violation of 18: 982(a)(2)(A) and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

Nov. 9, 2020
Date

_____
Defense Counsel

6

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 09 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL UZIEWE

Criminal Action No.
1:20-MJ-969-AJB

### Government's Motion for Detention

The United States of America, by counsel, Byung J. Pak, United States Attorney, and Theodore S. Hertzberg, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: November 9, 2020.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6070

BYUNG J. PAK
United States Attorney

*/s/ Theodore Hertzberg*

THEODORE S. HERTZBERG
Assistant United States Attorney
Ga. Bar No. 718163

2

## Certificate of Service

I served this document today by handing a copy to defense counsel.

November 9, 2020

                /s/ THEODORE S. HERTZBERG
                THEODORE S. HERTZBERG
                Assistant United States Attorney

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 09 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,
vs.

MICHAEL UZIEWE

ORDER OF DETENTION PENDING TRIAL

CASE NO. 1:20-MJ-969-AJB

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I - Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is
  ☐ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which the maximum term of imprisonment of ten years or more is prescribed in _____.*
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternate Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense
  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternate Findings (B)

☐ (1) There is a serious risk that the defendant will not appear.
☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that ∆ engaged in a large-scale fraud operation. Despite a federal SW against him in 10/15, he continued to engage in fraudulent activity as shown by indictment for crimes in 2020.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative of confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 11/9/20

Signature of Judicial Officer

ALAN J. BAVERMAN

* Insert as applicable: (a) Controlled Substances Act (21 U.S.C. §801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. §955a).

10

Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence. The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.

AO 94 (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. Atlanta
NOV 09 2020
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **GEORGIA**

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| MICHAEL UZIEWE | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | EDCA | 1:20-MJ-969-AJB | 2:20-CR-196-KJM |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

x Indictment   ☐ Information   ☐ Complaint   ☐ Other

charging a violation of   **18**   U.S.C.   **1344(2)**

**DISTRICT OF OFFENSE**   EASTERN DISTRICT OF CALIFORNIA

ATTEST: A TRUE COPY CERTIFIED THIS
Date: 11/9/2020

JAMES N. HATTEN, Clerk
By: s/Traci Clements Campbell
Deputy Clerk

**DESCRIPTION OF CHARGES:**

BANK FRAUD

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   **X** Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   **X** No   ☐ Yes   Language: _____

**DISTRICT**   Northern District of Georgia

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/9/2020
Date

ALAN J. BAVERMAN, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Theodore S. Hertzberg (caseview.ecf@usdoj.gov,
gaylene.berberick@usdoj.gov, regina.nesmith@usdoj.gov, theodore.hertzberg@usdoj.gov,
usagan.motionsresponses@usdoj.gov), James Wesley Bryant (mallory_piper@fd.org,
wes_bryant@fd.org), Magistrate Judge Alan J. Baverman (ganddb_efile_ajb@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:11324555@gand.uscourts.gov
Subject:Activity in Case 1:20-mj-00969-AJB USA v. Uziewe Termination of Magistrate Case
```
Content−Type: text/html

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 11/9/2020 at 3:20 PM EST and filed on 11/9/2020

| | |
|---|---|
| **Case Name:** | USA v. Uziewe |
| **Case Number:** | [1:20−mj−00969−AJB](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Magistrate Case Closed. Defendant Michael Uziewe terminated. (tcc)**


**1:20−mj−00969−AJB−1 Notice has been electronically mailed to:**

James Wesley Bryant &nbsp &nbsp wes_bryant@fd.org, mallory_piper@fd.org

Theodore S. Hertzberg &nbsp &nbsp theodore.hertzberg@usdoj.gov, CaseView.ECF@usdoj.gov, gaylene.berberick@usdoj.gov, regina.nesmith@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

**1:20−mj−00969−AJB−1 Notice has been delivered by other means to:**

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: __11/9/2020__
JAMES N. HATTEN, Clerk
By: __s/Traci Clements Campbell__
Deputy Clerk

Case 2:20-cr-00196-KJM   Document 7   Filed 11/09/20   Page 13 of 14

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CRIMINAL DOCKET FOR CASE #: 1:20−mj−00969−AJB−1

| | |
|---|---|
| Case title: USA v. Uziewe | Date Filed: 11/09/2020 |
| Other court case number: 2:20−cr−0196 KJM USDC ED CA | Date Terminated: 11/09/2020 |

Assigned to: Magistrate Judge Alan J. Baverman

**Defendant (1)**

| | | |
|---|---|---|
| **Michael Uziewe**<br>*TERMINATED: 11/09/2020* | represented by | **James Wesley Bryant**<br>Federal Defender Program Inc.−Atl<br>Suite 1500, Centennial Tower<br>101 Marietta Street, NW<br>Atlanta, GA 30303<br>404−688−7530<br>Email: wes_bryant@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1344(2) − BANK FRAUD; and 18:982(a)(2)(A) − CRIMINAL FORFEITURE | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Theodore S. Hertzberg**<br>Office of the United States Attorney−ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404−581−6000<br>Email: theodore.hertzberg@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/09/2020 | | | Arrest (Rule 40) of Michael Uziewe. (tcc) (Entered: 11/09/2020) |
| 11/09/2020 | 1 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER James Wesley Bryant for Michael Uziewe. Signed by Magistrate Judge Alan J. Baverman on 11/9/2020. (tcc) (Entered: 11/09/2020) |
| 11/09/2020 | 2 | | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: Initial Appearance in Rule 5(c)(3) Proceedings as to Michael Uziewe held on 11/9/2020. Government Notified of the Due Process Protection Act. Order to follow. Defendant waives Identity Hearing. Commitment to Another District Filed. Waiver filed. Detention Hearing. Government Motion for Detention filed. Detention Order. Written Order to follow.(Tape #FTR Gold) (tcc) (Entered: 11/09/2020) |
| 11/09/2020 | 3 | | WAIVER of Rule 5 Identity Hearings by Michael Uziewe. (tcc) (Entered: 11/09/2020) |
| 11/09/2020 | 4 | | MOTION for Detention by USA as to Michael Uziewe. (tcc) (Entered: 11/09/2020) |
| 11/09/2020 | 5 | | ORDER of Detention Pending Trial as to Michael Uziewe (1). Signed by Magistrate Judge Alan J. Baverman on 11/9/2020. (tcc) (Entered: 11/09/2020) |
| 11/09/2020 | 6 | | Notification of the Due Process Protection Act as to Michael Uziewe. (tcc) (Entered: 11/09/2020) |
| 11/09/2020 | 7 | | COMMITMENT TO ANOTHER DISTRICT as to Michael Uziewe. Defendant committed to District of USDC ED CA. Signed by Magistrate Judge Alan J. Baverman on 11/9/2020. (tcc) cc: served by deputy clerk (Entered: 11/09/2020) |
| 11/09/2020 | | | Magistrate Case Closed. Defendant Michael Uziewe terminated. (tcc) (Entered: 11/09/2020) |
| 11/09/2020 | | | Transmittal of Rule 5(c)(3) Documents as to Michael Uziewe, sent to USDC ED CA via InterDistrict Transfer email, with certified copy of Commitment Order and docket sheet. (tcc) (Entered: 11/09/2020) |