FILED
December 09, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL UZIEWE,<br><br>Defendant. | Case No. 2:20CR00196-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL UZIEWE ,

Case No.  2:20CR00196-KJM  Charge 18USC § 1344(a), from custody for the following reasons:

          Release on Personal Recognizance

          Bail Posted in the Sum of $

    x  Unsecured Appearance Bond $   100,000.00

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

    X  (Other): Pretrial conditions as stated on the record.

**The defendant shall be released on 12/10/2020 at 9:00 a.m.**

Issued at Sacramento, California on December 09, 2020 at 2:00 pm.

By:  *Allison Claire*

Magistrate Judge Allison Claire