HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MICHAEL UZIEWE, <br> Defendant. | Case No. 2:20-cr-0196-KJM <br><br> [~~PROPOSED~~] ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. §4282 <br><br> Duty Judge:   Hon. Allison Claire |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above-named defendant, MICHAEL UZIEWE, who will be released from your custody on Thursday, December 10, 2020, at 9:00 a.m., with transportation and subsistence payments that day for travel from Sacramento California, to Atlanta, Georgia.  This is pursuant to 18 U.S.C. section 4282.  It is the Court's intention that Mr. UZIEWE be provided such transportation on the day of his release, **if possible,** and that the Marshals facilitate that release and transportation, including providing identification to allow Mr. UZIEWE to fly, on December 10, 2020.  This Order shall be served on the U.S. Marshals.

IT IS SO ORDERED.

Dated: December 9, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-