HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:20-cr-00196 KJM |
| ) | |
| Plaintiff, ) | UNOPPOSED REQUEST FOR |
| ) | MODIFICATION OF CONDITIONS OF |
| v. ) | PRETRIAL RELEASE |
| ) | |
| MICHAEL UZIEWE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

    Mr. Uziewe was ordered released onto pretrial supervision on December 10, 2020. CR 14. The special conditions of release contain the requirement that he be on home detention. CR 20 (Condition # 15).

    Mr. Uziewe hereby requests that the terms of his release be modified to replace the home detention requirement with the imposition of a curfew.

    Pretrial Services Officer Walter Cochran of the Northern District of Georgia, who is Mr. Uziewe's supervising officer, reports that Mr. Uziewe has been in full compliance of his terms of release as of the filing of this request. Officer Cochran has no objection to the imposition of a curfew in lieu of home detention. Pretrial Services Officer Ali Mirgain indicated that the Pretrial Services Office in this District has no objection to the

proposed new condition. Assistant United States Attorney Michael Thuesen has no objection to this request.

The proposed amended condition 15 reads as follows:

**You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;**

**CURFEW: You must remain inside your residence every day from 10:00PM to 7:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

The defense has attached Amended Conditions of Release which contain the proposed condition and remove the previously imposed Condition #15.

For the foregoing reasons, Mr. Uziewe respectfully requests that this Court order the requested modification of the terms of his release.

Dated: March 2, 2021                         Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Public Defender

                                             */s/ Hannah R. Labaree*
                                             HANNAH R. LABAREE
                                             Assistant Federal Defender


                                             Attorneys for Defendant
                                             MICHAEL UZIEWE


                                ORDER

IT IS HEREBY ORDERED that the conditions of release be modified as specified above. The Amended Conditions of Released are **adopted** in full.

Dated:  March 3, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Defendant's Unopposed Request for
Modification of Conditions of Pretrial Release