1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | HANNAH LABAREE, #294338
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA 95814
4 | Tel: (916) 498-5700
Fax: (916) 498-5710
5 | Hannah_Labaree@fd.org

6 | Attorney for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00196-KJM |
|---|---|
| Plaintiff, | |
| vs. | UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE |
| MICHAEL UZIEWE | |
| Defendant. | |

Mr. Uziewe, through Assistant Federal Defender Hannah R. Labaree, attorney for MICHAEL UZIEWE, hereby moves that special condition #15 of Mr. Uziewe's pretrial release (CR 20) (home detention) be **removed**. Counsel for the government has no objection to this request.

Mr. Uziewe was released onto pretrial services supervision on December 9, 2020. CR 12. He lives at his home in Atlanta, Georgia, and is supervised by Pretrial Officer Steven Witherspoon out of the United States Probation Office in the Northern District of Georgia. Mr. Uziewe has been in compliance with his conditions of release. Officer Witherspoon has no objection to the proposed removal of the home detention condition.

//

//

//

Mr. Uziewe therefore moves for the removal of special condition #15. As stated above, counsel for the government has no objection.

DATED: June 30, 2021          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for MICHAEL UZIEWE

[~~Proposed~~] ORDER

The Court, having received, read, and considered the unopposed motion of the defense, and good cause appearing, adopts the stipulation in its entirety as its order. The Court ORDERS that Special Condition #15 be removed. The remaining conditions of release are to remain in full effect.

Dated: June 30, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE