HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  MICHAEL UZIEWE,  Defendants. | Case No. 2:20-cr-00196 KJM  **AMENDED** UNOPPOSED REQUEST FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |

    Mr. Uziewe was ordered released onto pretrial supervision on December 10, 2020. CR 14. He resides in Atlanta, Georgia, and is being supervised out of the Northern District of Georgia. On March 4, 2021, his conditions were modified to lift the home detention requirement and replace it with a curfew. *See* CR 27 (adopting Amended Conditions, Exh. A to CR 26).

    Mr. Uziewe seeks a temporary modification of his conditions of release so to allow him to attend a friend's wedding. The specific request is to suspend the curfew and location monitoring requirements (conditions #12 and #13) on September 25th and 26th, so that he may travel to the wedding in Tennessee on the 25th, and return home on 26th after the wedding.

    Officer Harper, who is Mr. Uziewe's supervising officer in the Northern District of Georgia, has reported that Mr. Uziewe is in full compliance of his terms of release as of the filing of this request. Eastern District of California Pretrial Services Officer Ali Mirgain indicated that

the Pretrial Services Office in this District has no objection to the temporary modification. Assistant United States Attorney Michael Thuesen similarly has no objection to this request.

For the foregoing reasons, Mr. Uziewe respectfully requests that this Court order the requested temporary modification of the terms of his release, specifically, that the Court order temporary suspension of conditions #12 and #13 of the Amended Conditions (Exh. A to CR 26).

Dated: September 24, 2021  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorneys for Defendant
MICHAEL UZIEWE