HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL UZIEWE,<br><br>  Defendants. | Case No. 2:20-cr-00196 KJM<br><br>**AMENDED** ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |

### ORDER

IT IS HEREBY ORDERED that the conditions of release be temporary modified as requested in the defendant's Unopposed Request at CR 40. Specifically, condition of release #12 and #13 shall be SUSPENDED on September 25 and 26 and shall be REINSTATED in full on September 27, 2021.

Dated: September 24, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

-1-