HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00196 KJM |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE |
| MICHAEL UZIEWE, | |
| Defendants. | |

      Mr. Uziewe was ordered released onto pretrial supervision on December 10, 2020. CR 14. He resides in Atlanta, Georgia, and is being supervised out of the Northern District of Georgia. On March 4, 2021, his conditions were modified to lift the home detention requirement and replace it with a curfew. *See* CR 27 (modifying condition #15).

      Pretrial Services has reported that Mr. Uziewe is in compliance with his conditions of release as of the filing of this request.

      Mr. Uziewe seeks a modification of his release, to lift the electronic monitoring and curfew conditions. Eastern District of California Pretrial Services Officer Darryl Walker indicated that the Pretrial Services Office has no objection to the modification. Assistant United States Attorney Matthew Thuesen similarly has no objection.

Mr. Uziewe also seeks a <u>temporary</u> modification of his conditions of release so to allow him to take a cruise with his wife in mid-August. Specifically, he asks that he be allowed to have his passport for the purposes of the cruise and that he be allowed to travel to the Bahamas for the cruise.

The cruise will begin on August 13 and conclude on August 18.  Mr. Uziewe will depart his home in Atlanta on August 12 and return on August 18th.  He will be required to return the passport to his Pretrial Services Officer within 24 hours of his return. Mr. Uziewe will be in contact with his supervising officer to provide the details of the trip.

Mr. Uziewe therefore respectfully requests that this Court strike the electronic monitoring and curfew conditions (condition #s 12 and 13). He further requests that the Court temporarily permit his travel on the dates specified in this stipulated motion.

Dated: July 21, 2022                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Public Defender

                                        /s/ Hannah R. Labaree
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender


                                        Attorneys for Defendant
                                        MICHAEL UZIEWE

ORDER

IT IS HEREBY ORDERED that the electronic monitoring and curfew conditions (condition #s 12 and 13) will be stricken and will no longer be in effect on the signing of this Order. It is FURTHER ORDERED that the conditions of release be **temporarily** modified to permit the defendant to travel from August 12 through August 18 as detailed in the parties' stipulation. Mr. Uziewe is ORDERED to return his passport to the Pretrial Services Office within 24 hours of his return.

Dated: July 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE