HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HANNAH LABAREE, SBN 294338
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-0196-DJC |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE FOR CHANGE OF PLEA HEARING** |
| vs. | |
| MICHAEL UZIEWE, | Date:   April 20, 2023 |
| Defendant. | Time:  9:00 A.M. |
| | Judge: Hon. Daniel J. Calabretta |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings Under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings, including sentencing hearings, if the case cannot be further delayed without serious harm to the interests of justice.  That General Order has been extended to the present via General Order 652.

In this matter, Mr. Uziewe has an interest in resolving his case by proceeding to the Change of Plea hearing via video-teleconference. Mr. Uziewe's interest in resolving his case and proceeding to the Change of Plea hearing is complicated by the distance of his current residence in Atlanta, Georgia, to the federal courthouse in Sacramento, and the required travel to appear

1   personally at the Change of Plea Hearing. To permit the case to proceed toward resolution

2   without requiring Mr. Uziewe's personal presence at the hearing prevents harm to the interests of

3   justice by facilitating the resolution of the case.

4          Further, Mr. Uziewe, having been advised of his right to appear in person for his Change

5   of Plea hearing, as well as of the ability to waive his personal appearance and appear via video-

6   teleconference, has elected waived his right to personally appear at the April 20, 2023 Change of

7   Plea hearing, and instead requests to appear via video-teleconference.  If video-teleconference

8   becomes unavailable, he consents to appear via teleconference. *See* General Orders 614, 652.

9          Mr. Uziewe understands that he will be ordered to appear in person for the eventual

10   Judgment and Sentencing hearing, in light of the expiration of authorization for use of video and

11   teleconferencing technologies in certain criminal proceedings under § 15002 of the CARES Act

12   after May 10, 2023.

13                                           Respectfully submitted,

14   Date: April 14, 2023                    HEATHER WILLIAMS
                                             Federal Defender
15

16                                           */s/ Hannah Labaree*
                                             HANNAH LABAREE
17                                           Assistant Federal Defender

18                                           Attorneys for Defendant
                                             MICHAEL UZIEWE
19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

The Court, having received and considered the defendant's waiver of personal

3

appearance, and good cause appearing therefrom, hereby orders that Mr. Uziewe's request to

4

appear via video-teleconference (or telephone, if video-teleconference services become

5

unavailable) for the April 20, 2023 Change of Plea hearing is GRANTED.

6

7

IT IS SO ORDERED.

8

9

Date:  April 17, 2023

/s/ Daniel J. Calabretta

10

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28