PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-196 DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL UZIEWE, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 1, 2023, the Honorable Kimberly J. Mueller, Chief Judge, set a status conference in this matter for April 17, 2023, and excluded time under the Speedy Trial Act through that date, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4). ECF 62.

2. On April 4, 2023, Chief Judge Mueller entered an order transferring this matter to this Court and vacating all dates currently set. ECF 63.

3. By this stipulation, the parties request that this Court set a status conference for May 18, 2023, at 9:00 a.m., and exclude time from April 20, 2023, through May 18, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4).

4. The parties agree and stipulate, and request the Court find, the following:

    a) The government has produced substantial discovery associated with this case.

Specifically, the government has produced over 250,000 Bates-stamped items that include investigative reports, financial records, video and audio records, and the contents of email accounts.

  b) Counsel for defendant desires additional time to consult with her client, to review the current charge, to conduct investigation and research related to that charge, to review discovery, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 20, 2023, to May 18, 2023, inclusive, is deemed excludable under 18 U.S.C.§ 3161(h)(7)(A), B(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: April 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

| Dated:  April 20, 2023 | /s/ HANNAH LABAREE |
|---|---|
| | HANNAH LABAREE |
| | Counsel for Defendant |
| | MICHAEL UZIEWE |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of April, 2023.


                                                  /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE