HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00196-DJC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA** |
| vs. | |
| MICHAEL UZIEWE | Date: May 18, 2023<br>Time: 9:00 a.m.<br>Judge: Daniel J. Calabretta |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Hannah Labaree, attorneys for Michael Uziewe, and Phillip A. Talbert, United States Attorney through Matthew Thuesen, Assistant United States Attorney, attorneys for Plaintiff, that the status conference scheduled for May 18, 2023, at 9:00 a.m. be continued to June 8, 2023 at 9:00 a.m. and converted to a Change of Plea hearing.

Defense counsel needs further time to confer with her client about the proposed plea offer, the effect of the Sentencing Guidelines on his case, and his options for resolution. Additionally, if a change of plea is not entered, for the same reasons as those given in the stipulation filed on April 20, 2023 (ECF 71), counsel for defendant will continue to need additional time to consult with her client, review discovery, conduct investigation, and otherwise prepare for trial. Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 8, 2023, as previously

-1-

ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 27, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
MICHAEL UZIEWE

Dated: April 27, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders the time from the date the parties stipulated, up to and including June 8, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).

**It is further ordered** the May 18, 2023 status conference shall be converted to a Change of Plea and take place on June 8, 2023, at 9:00 a.m.

Dated:  April 28, 2023         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE