HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL UZIEWE, <br><br> Defendant. | Case No. 2:20-cr-196 DJC <br><br> REQUEST AND [PROPOSED] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 <br><br> Judge: Hon. Jeremy D. Peterson |

## I. BACKGROUND

Mr. Uziewe is charged with violating 18 U.S.C. 1344(2) (bank fraud). CR 1. A change of plea hearing is scheduled for June 8, 2023, at 9:00 A.M. before the Honorable District Judge Daniel J. Calabretta. CR 74.

Mr. Uziewe was ordered released from custody on the date of his initial appearance on December 9, 2020. CR 12. He is living at his home in Atlanta, Georgia, being supervised by the Middle District of Georgia Pretrial Services Office. He is in full compliance with the conditions of his release.

He seeks this order directing "the United States marshal to arrange for [his] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required," namely, this District, "and in addition" directing "the United States

marshal to furnish that person with an amount of money for subsistence expenses to his destination." *See* 18 U.S.C. § 4285.

## II.  LEGAL AUTHORITY

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own" then the Court may order the U.S. Marshal Service to arrange for the person's noncustodial transportation to appear in court. The U.S. Marshal Service may also be authorized to provide money for subsistence as provided for under 5 U.S.C. §5702(a). See 18 U.S.C. § 4285. This statute applies where a defendant is released in one district on a condition of her subsequent appearance "another judicial district in which criminal proceedings are pending." 18 U.S.C. §4285.

## III.  REQUEST

Mr. Uziewe has appointed counsel in this District. He has been unemployed since February 2022 and is dependent on his wife for subsistence. His is not able to pay for the cost of his transportation to this District for the required court appearance on June 8, 2023.

Undersigned counsel has conferred with Mr. Uziewe and conducted her own research and has determined that in order for Mr. Uziewe to timely appear at the 9:00 A.M. Change of Plea Hearing on June 8, 2023, he must fly out of Atlanta, Georgia the day prior.

Accordingly, he requests that this Court order payments pursuant to 18 U.S.C. § 4285 for transportation from Atlanta, Georgia, to the federal courthouse in Sacramento, California, with a flight to leave June 7, 2023, and subsistence costs, pursuant to 5 U.S.C. § 5702(a).

Pretrial Services has been given a copy of this request.

//

//

//

<u>A hearing on this matter is not requested.</u>

Dated:  May 31, 2023

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                <u>/s/ *Hannah R. Labaree*</u>
                                                HANNAH LABAREE
                                                Attorney for Defendant
                                                Michael Uziewe

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | HANNAH LABAREE, #294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700   Fax: 916-498-5710 |

Attorneys for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-196 DJC |
| Plaintiff, | [PROPOSED] ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| MICHAEL UZIEWE, | Judge: Hon. Jeremy D. Peterson |
| Defendant. | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named defendant, MICHAEL UZIEWE, with transportation <u>and</u> subsistence expenses for travel from his residence in Atlanta, Georgia, to Sacramento, California, to timely make his court appearance on June 8, 2023 at 9:00 A.M. before the Honorable District Judge Daniel J. Calabretta.  This order includes airfare as well as ground transportation to and from the District Court in Sacramento from the closest commercial airport.

//

//

The United States Marshal must furnish Mr. Uziewe with money for subsistence expenses to his destination, including any stay in this district, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: May 31, 2023

HON. JEREMY D. PETERSON
United States Magistrate Judge