HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-196 DJC |
| Plaintiff, | ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| MICHAEL UZIEWE, | Judge:  Hon. Carolyn K. Delaney |
| Defendant. | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above-named defendant, MICHAEL

UZIEWE, with transportation and subsistence expenses for travel from his residence in Atlanta,

Georgia, to Sacramento, California, to timely make his court appearance on June 20, 2024, at

9:00 a.m. before the Honorable District Judge Daniel J. Calabretta.  The Court orders that this

transportation be provided on June 19, 2024, so that Mr. Uziewe arrives in California prior to his

9:00 a.m. court appearance the next day.  This order includes airfare as well as ground

transportation to the District Court in Sacramento from the closest commercial airport.

//

//

1    The United States Marshal must furnish Mr. Uziewe with money for subsistence

2    expenses to his destination, including any stay in this district, not to exceed the amount

3    authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States

4    Code.  This order is authorized pursuant to 18 U.S.C. §4285.

5

6    IT IS SO ORDERED.

7    Dated:  June 4, 2024

8                                                                    CAROLYN K. DELANEY
                                                                     UNITED STATES MAGISTRATE JUDGE
9