TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
MICHAEL UZIEWE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Michael Uziewe,<br><br>　　　　Defendant. | No. 2:20-CR-00196 DJC<br><br>**STIPULATION AND PROPOSED ORDER SETTING A VOLUNTARY SURRENDER DATE** |

　　　　Defendant, MICHAEL UZIEWE, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney MATTHEW THEUSEN, hereby stipulation as follows:

1. The court previously granted a stay of the voluntary surrender date in this matter to allow for Mr. Uziewe to complete the appellate process. (ECF #108; 24-4075).

2. Mr. Uziewe was appointed counsel to evaluate whether any appellate issues existed. (ECF #102).

3. Appellate counsel evaluated the case, did not find cognizable issues for appeal and discussed the matter with Mr. Uziewe. Subsequently, Mr. Uziewe consented to the

1

filing of a voluntary motion to dismiss the appeal and the motion was granted. (ECF # 113).

4. Appellate counsel contacted the Marshall's Office and learned that a surrender date 30 days out would provide more than enough time for facility designation.

5. The parties request that a voluntary surrender date be set for on February 28, 2025.

IT IS SO STIPULATED.

Dated: January 31, 2025                    MICHELE BECKWITH
                                           Acting United States Attorney

                                           By: /s/  MATTHEW THEUSEN
                                           MATTHEW THEUSEN
                                           For the United States

Dated: January 31, 2025                    By: /s/  Toni White
                                           TONI WHITE
                                           Attorney for Defendant,
                                           MICHAEL UZIEWE


ORDER

Defendant Michael Uziewe is ordered to voluntarily surrender to the facility designated by the United States Marshal no later than 12:00 PM on the 28th day of February, 2025 to begin serving the term of imprisonment ordered in this matter.


Dated:  January 31, 2025              /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE